IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CLAUDE FORD | § | |
| | § | |
| | § | CIVIL ACTION NO. 2:08CV237DF |
| VS. | § | JURY DEMANDED |
| | § | |
| | § | |
| TYLER MOTOR COMPANY, INC. | § | |
| d/b/a HALL VOLVO GMC | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came to be considered the Stipulation of Dismissal by Plaintiff Claude Ford and Defendant Tyler Motor Company, Inc. d/b/a Hall Volvo GMC. The Court is of the opinion that the Stipulation of Dismissal should be granted.

It is therefore ORDERED that the above-referenced cause be, and it is hereby, dismissed in its entirety with prejudice, with each party to bear their costs of Court.

SIGNED this 9th day of September, 2009.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE